IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICU LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*,<br><br>   Defendants. | Case No. 1:21-CV-452 |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

On August 6, 2021, the United States Department of Justice, on behalf of the Department of Health and Human Services, the Defendant here, filed in this Court an opposition to an emergency motion to enjoin enforcement of the eviction moratorium order issued by the Centers for Disease Control and Prevention ("CDC"). *See* Defs' Opp. to Pls' Emergency Mot. to Enforce the Supreme Court's Ruling and to Vacate the Stay Pending Appeal, *Alabama Ass'n of Realtors v. U.S. Dep't of Health & Human Servs.*, No. 20-3377 (DLF) (D.D.C. Aug. 6, 2021), ECF No. 69 (attached hereto as Ex. 1). In the opposition, HHS stated that "the trajectory of the pandemic has changed dramatically," such that "hospitalization rates in some states are approaching (if not passing) their winter peaks," and "case trends will continue to increase over the coming weeks." *Id.* at 2, 3. "Given recent trends in the pandemic," HHS argued to this Court that "there is an ***exceptionally strong equitable case***" for letting the CDC's emergency action stand. *Id.* at 8 (emphasis added).

1

HHS's position on the equities in the CDC eviction moratorium case is irreconcilable with HHS's position on the equities regarding the Application for a Preliminary Injunction in the instant case, which likewise turn, in part, on the "trends in the pandemic" and "hospitalization rates in some states." *See* ECF No. 3-1 at 37-40 ("Tele-ICU services offer a lifeline during the worst pandemic in the United States in over a century. As a result of the Critical Care Ban, fewer Americans have access to intensive care during a public health crisis.").

Dated: August 6, 2021                        Respectfully submitted,

                                              */s/ Jesse Panuccio*
                                              Jesse Panuccio (DC Bar No. 981634)
                                              Scott E. Gant (DC Bar No. 455392)

                                              BOIES SCHILLER FLEXNER LLP
                                              1401 New York Avenue, NW
                                              Washington, D.C. 20005
                                              Phone: (202) 237-2727
                                              Fax: (202) 237-6131
                                              Email: jpanuccio@bsfllp.com

                                              *Counsel for RICU LLC*