# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 21-5186** | **September Term, 2021** |
| | 1:21-cv-00452-CRC |
| | Filed On: March 14, 2022 [1938969] |

RICU LLC,

      Appellant

    v.

United States Department of Health and
Human Services, et al.,

      Appellees

## M A N D A T E

In accordance with the judgment of January 18, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

              **FOR THE COURT:**
              Mark J. Langer, Clerk

    BY:    /s/
              Daniel J. Reidy
              Deputy Clerk

Link to the judgment filed January 18, 2022